COM.

v.

BROWN, G.

**Appeal of: ACE Bail Bonds, LLC**

1074 MDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–06–CR–0001574–2014 (Berks)

Affirmed

■

COM.

v.

WILSON, R.

1501 MDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–06–CR–0003807–2014 (Berks)

Affirmed

■

COM.

v.

FAVINGER, J., Jr.

1588 MDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–06–CR–0003176–1989 (Berks)

Affirmed

■

COM.

v.

SCALES, S.

332 WDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–02–CR–0002213–2010 (Allegheny)

Affirmed

■

COM.

v.

GREGORY, N.

722 WDA 2016

Superior Court of Pennsylvania.

05/03/2017

Reargument Denied 6/21/2017

CP–02–CR–0007997–1982 (Allegheny)

Affirmed